| Arco Trading Shipments Container | Vessel | Carriers | Bill of Lading | B/L Date | Load Port | Discharge Port | Shipper | Consignee | Arrival Date | Cases |
|---|---|---|---|---|---|---|---|---|---|---|
| TTNU 8482519 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2265855 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |
| TRIU8932668 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2265855 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |
| TRIU8743073 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2265855 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |
| MSDU9019368 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2265855 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |
| TRIU8910550 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2301122 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |



EXHIBIT A
Amended Complaint

| Container | Vessel | Carrier | B/L | Date | Origin | Destination | Shipper | Consignee | ETA | Qty |
|---|---|---|---|---|---|---|---|---|---|---|
| SEGU9211087 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2301122 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |
| MEDU9705930 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2301122 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |
| MEDU 9624443 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2301122 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |
| MSDU 9818264 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2303540 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |
| MSDU 9621655 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2303540 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |
| TEMU9454669 | MSC Aino NX209R transhipped to MSC Olia at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2303540 | 3/14/2022 | Valparaiso, Chile | Philadelphia, PA | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/28 | 1900 |

| Container | Vessel | Carrier | Bill of Lading | Date | Origin | Destination | Shipper | Consignee | ETA | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| MSDU9837030 | MSC Jeongmin, NX210R transhipped to MSC Celine at Colon, PA | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2313713 | 3/17/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/31 | 1900 |
| SZLU 9071667 | MSC Jeongmin, NX210R transhipped to MSC Celine at Colon, PA | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2313713 | 3/17/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/31 | 1900 |
| TEMU9528268 | MSC Jeongmin, NX210R transhipped to MSC Celine at Colon, PA | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2313713 | 3/17/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/31 | 1900 |
| CRLU1211035 | MSC Jeongmin, NX210R transhipped to MSC Celine at Colon, PA | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2313747 | 3/17/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/31 | 1900 |
| GESU9364939 | MSC Jeongmin, NX210R transhipped to MSC Celine at Colon, PA | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2313747 | 3/17/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/31 | 1900 |
| TEMU9081333 | MSC Jeongmin, NX210R transhipped to MSC Celine at Colon, PA | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2313747 | 3/17/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/31 | 1900 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MEDU9096027 | MSC Jeongmin, NX210R transhipped to MSC Celine at Colon, PA | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2335120 | 3/17/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/31 | 1900 |
| CXRU1415265 | MSC Jeongmin, NX210R transhipped to MSC Celine at Colon, PA | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2335120 | 3/17/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/31 | 1900 |
| SZLU9168908 | MSC Jeongmin, NX210R transhipped to MSC Celine at Colon, PA | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2335120 | 3/17/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/31 | 1900 |
| CRSU6063070 | MSC Jeongmin, NX210R transhipped to MSC Celine at Colon, PA | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2335120 | 3/17/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 3/31 | 1900 |
| CRSU6027895 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2358445 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/6/22 | 1900 |
| TRIU8435131 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2358445 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/6/22 | 1900 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MEDU9105664 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2358445 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/6/22 | 1900 |
| TEMU9449343 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2358445 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/6/22 | 1900 |
| TRIU8846261 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2413596 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/16/22 | 1900 |
| MEDU9012255 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2413596 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/16/22 | 1900 |
| GESU9111020 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2413596 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/16/22 | 1900 |
| CXRU6957657 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2413596 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/16/22 | 1900 |

| Container | Vessel | Carrier | Bill of Lading | Date | Port of Loading | Port of Discharge | Shipper | Consignee | Est. Delivery | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| MEDU9024460 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2413604 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/16/22 | 1900 |
| TRUI8051753 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2413604 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/16/22 | 1900 |
| TNU8207414 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2413604 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/16/22 | 1900 |
| MEDUD9876511 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2413604 | 3/24/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/16/22 | 1900 |
| MSCU7461628 | MSC Carole, NX212R, transsshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2367875 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| CRLU1206960 | MSC Carole, NX212R, transsshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2367875 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |

| Container | Vessel | Carrier | Bill of Lading | Date | Origin | Destination | Shipper | Consignee | Delivery | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| TGHU9965908 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2416557 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| SEGU9284946 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2416557 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| SZLU9487572 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2416680 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| MEDU9160882 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2416680 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| CXRU1570024 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2421920 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| TRIU8217736 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2421920 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |

| Container | Vessel | Carrier | Bill of Lading | Date | Origin | Destination | Shipper | Consignee | Arrival | Boxes |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIU9034100 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2421946 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| TEMU9375857 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2421946 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| CRLU1179083 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2421979 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| MEDU9632393 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2421979 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| SEGU9041838 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2421995 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| TEMU9001467 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2421995 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |

| Container | Vessel | Carrier | Bill of Lading | Date | Origin | Destination | Shipper | Consignee | Delivery | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| TEMU9393007 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterranean Shipping Company, S.A., Mediterranean Shipping Company (USA) Inc., MSC Ship Management Ltd. and vessels, in rem | MEDUD2422027 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |