See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详见网站 | www.msc.com

# MEDITERRANEAN SHIPPING COMPANY S.A.
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com
SCAC Code: MSCU

**SEA WAYBILL No.**    **MEDUD2265855**
NON-NEGOTIABLE COPY
"Port-To-Port" or "Combined Transport"(see Clause 1)

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0   Zero |

**SHIPPER:**
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2 SAN
VICENTE DE LO ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE

FONO:28445141
FAX:28608148
EMAIL:ARCOTRADING@
ARCOTRADING.CL

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCLFCL

**CONSIGNEE:**
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA

CONTACTO:CALENE RUMAN
PHONE:1-772-569 2244
FAX: 1-772-569 2797
EMAIL:CALENE@
SEALDSWEET.COM **

Lloyds/IMO Number: 9770751
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT
IS BY HIM EXPRESSELY DECLARED.

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus
0.5 degrees Celsius and 0 CBM/HR.

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to
comply will result in containers being returned to load port or cargo destroyed / all costs/fines/penalties
will be for
[Continued in the Description section]

**NOTIFY PARTIES :** (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20)
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE. MIAMI,
FLORIDA 33126

PHONE:(786)476-0700
FAX:(786)476-0706
EMAIL: ACBOCEAN@
ADVANCECUSTOMSBROKERS.COM

PORT OF DISCHARGE SECTION
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
8TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8592

| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC AINO - NX209R | Valparaiso, Chile | XXXXXXXXXXXXXXXX |

| BOOKING REF. | (or) | SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transoct ONLY - see Clause 1 & 5.2) |
|---|---|---|---|---|
| 070ISA1003808 | | XXXXXXXXXXXXXXX | Philadelphia, United States | Gloucester City, NJ, United States - Door |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements | | |
| | shippers accounts. | | |
| | | | |
| | Please see attached RIDER for Container / Cargo Description(s). | | |
| | 4 x 40' HIGH CUBE REEFER | | |
| | Total Items :           7600 | | |
| | Total Gross Weight :   69920.000 Kgs. | | |

**FREIGHT & CHARGES**    Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | RATE | | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|
| Ocean Freight | 4 | USD | 11,486.00 | | USD | 45,920.00 |
| Security Manifest Documentati | 1 | USD | 25.00 | | USD | 25.00 |
| Carrier Security Fee | 4 | USD | 11.00 | | USD | 44.00 |
| Wharfage | 69.5 | USD | 3.25 | | USD | 227.34 |
| Seal Fee | 4 | USD | 3.00 | | USD | 12.00 |
| LOW SULPHUR FUEL CONTRI | 4 | USD | 100.00 | | USD | 400.00 |
| BUNKER RECOVERY COST B | 4 | USD | 952.00 | | USD | 3,808.00 |
| Panama Canal Emergency Su | 4 | USD | 30.00 | | USD | 120.00 |
| Declared Value : | TOTAL FREIGHT & CHARGES | | | | USD | 50,456.24 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition
unless otherwise stated herein the total number or quantity of containers or other
packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to
all the term hereof from the Place of Receipt or the Port of Loading, to the Port of
Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA
WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN
BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND
THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO,   ALL THE
TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND
CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL
SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be
made only to the Consignee or his authorized representatives. This Sea Waybill is not
a document of title to the Goods and delivery will made, after payment of any
outstanding Freight and charges, only on provision of proper proof of identity and of
authorization at the Port of Discharge or Place of Delivery, as appropriate, without the
need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea
Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cnirs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| XXXXXXXXXXXXXXXX | 4     cntrs | |
| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD | |
| MSC CHILE | Mar-08-2022 | |
| Mar-14-2022 | | |

Sea Waybill Standard Edition - 02/2015          TERMS CONTINUED ON REVERSE   J



EXHIBIT
tabbies
B

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 阅覽此条款和条件详请见网站 | www.msc.com

| **MEDITERRANEAN SHIPPING COMPANY S.A.** 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland website: www.msc.com    SCAC Code: MSCU | **SEA WAYBILL No.**    **MEDUD2265855** RIDER PAGE **Page 1 of 1** |
|---|---|

CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TTNU8482519 40' HIGH CUBE REEFER Seal Number: 0003225 FX18368176 Tare Weight: 4,700 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of FRESH GRAPES ON 20 PALLETS Temperature: -0.5 C | 17,480.000 kgs. | |
| TRIU8932668 40' HIGH CUBE REEFER Seal Number: FX18368161 Tare Weight: 4,750 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of FRESH GRAPES ON 20 PALLETS Temperature: -0.5 C | 17,480.000 kgs. | |
| TRIU8743073 40' HIGH CUBE REEFER Seal Number: 0003226 FX18368174 Tare Weight: 4,750 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of FRESH GRAPES ON 20 PALLETS Temperature: -0.5 C | 17,480.000 kgs. | |
| MSDU9019368 40' HIGH CUBE REEFER Seal Number: 0003229 FX18368155 Tare Weight: 4,600 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of FRESH GRAPES ON 20 PALLETS FREIGHT COLLECT **Imports@sealdsweet.com Temperature: -0.5 C | 17,480.000 kgs. | |
| | Total : | 69,920.000 kgs. | |

| PLACE AND DATE OF ISSUE MSC CHILE Mar-14-2022 | SHIPPED ON BOARD    Mar-08-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO, (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition – 01/2015

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

## MEDITERRANEAN SHIPPING COMPANY S.A.
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com
SCAC Code: MSCU

| SEA WAYBILL No. | MEDUD2301122 |
|---|---|
| NON-NEGOTIABLE COPY | "Port-To-Port" or "Combined Transport"(see Clause 1) |

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0  Zero |

**SHIPPER:**
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO
ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE

FONO:25446141 FAX:25508146
EMAIL:ARCOTRADING@
ARCOTRADING.CL

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
PCLFCL

**CONSIGNEE:**
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA

CONTACTO:GALENE RUMAN
PHONE:1-772-569 2244
FAX: 1-772-569 2707
EMAIL: CALENE@
SEALDSWEET.COM **

Lloyds/IMO Number: 9770751
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS BY HIM EXPRESSLY DECLARED.

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus 0.5 degrees Celsius and 0 CBM/HR.

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to comply will result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for

[Continued in the Description section]

**NOTIFY PARTIES :** (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20)
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE. MIAMI,
FLORIDA 33126

PHONE:(786)476-0700
FAX:(786)476-0706
EMAIL:ACBOCEAN@
ADVANCECUSTOMSBROKERS.COM

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
8TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8592



| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC AINO - NX209R | Valparaiso, Chile | XXXXXXXXXXXXXXXXX |

| BOOKING REF.        (or)        SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| 070ISA1003808          XXXXXXXXXXXXXXX | Philadelphia, United States | Gloucester City, NJ, United States - Door |

### PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider pages(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements | | |
| | shippers accounts. | | |
| | Please see attached RIDER for Container / Cargo Description(s). | | |
| | 4 x 40' HIGH CUBE REEFER | | |
| | Total Items :          7600 | | |
| | Total Gross Weight :     69920.000  Kgs. | | |

**FREIGHT & CHARGES**    Cargo shall not be delivered unless Freight & Charges are paid (see Clause 16)

| FREIGHT & CHARGES | BASIS | RATE | | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|
| Ocean Freight | 4 | USD | 11,455.00 | | USD | 45,820.00 |
| Security Manifest Documentati | 4 | USD | 25.00 | | USD | 25.00 |
| Carrier Security Fee | 4 | USD | 11.00 | | USD | 44.00 |
| Wharfage | 112.0 | USD | 3.25 | | USD | 364.00 |
| Seal Fee | 4 | USD | 3.00 | | USD | 12.00 |
| LOW SULPHUR FUEL CONTRI | 4 | USD | 100.00 | | USD | 400.00 |
| BUNKER RECOVERY COST S | 4 | USD | 952.00 | | USD | 3,808.00 |
| Panama Canal Emergency Su | 4 | USD | 30.00 | | USD | 120.00 |
| Declared Value | | TOTAL FREIGHT & CHARGES | | | USD | 50,593.00 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| XXXXXXXXXXXXXXXXX | 4      cntrs | |
| **PLACE AND DATE OF ISSUE** MSC CHILE Mar-14-2022 | SHIPPED ON BOARD Mar-08-2022 | |

Sea Waybill Standard Edition - 02/2015                    TERMS CONTINUED  ON REVERSE    J

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请访见网站 | www.msc.com

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland website: www.msc.com    SCAC Code: MSCU | **SEA WAYBILL No.**    MEDUD2301122 RIDER PAGE Page 1 of 1 |
|---|---|

| C O N T I N U A T I O N   P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R  -  N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E (see Clause 14) | | | |
|---|---|---|---|
| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider case(s), if applicable) | Gross Cargo Weight | Measurement |
| TRIU8910550 40' HIGH CUBE REEFER  Seal Number:  0003223 FX18368170 Tare Weight: 4,750 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of  FRESH GRAPES ON 20 PALLETS      Temperature: -0.5 C | 17,480.000 kgs. | |
| SEGU9211087 40' HIGH CUBE REEFER  Seal Number:  0003222 FX18368146 Tare Weight: 4,560 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of  FRESH GRAPES ON 20 PALLETS      Temperature: -0.5 C | 17,480.000 kgs. | |
| MEDU9705930 40' HIGH CUBE REEFER  Seal Number:  0003224 FX18368145 Tare Weight: 4,360 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of  FRESH GRAPES ON 20 PALLETS      Temperature: -0.5 C | 17,480.000 kgs. | |
| MEDU9624443 40' HIGH CUBE REEFER  Seal Number:  0003221 FX18368152 Tare Weight: 4,360 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of  FRESH GRAPES ON 20 PALLETS FREIGHT COLLECT  **imports@sealdsweet.com    Temperature: -0.5 C | 17,480.000 kgs. | |
| | Total : | 69,920.000 kgs. | |

| PLACE AND DATE OF ISSUE MSC CHILE  Mar-14-2022 | SHIPPED ON BOARD   Mar-08-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company  S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition - 01/2015

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

| **MSC** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUD2303540** |
|---|---|---|

**MEDITERRANEAN SHIPPING COMPANY S.A.**
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com                    SCAC Code: MSCU

**SEA WAYBILL No.**          MEDUD2303540
**NON-NEGOTIABLE COPY**          "Port-To-Port" or "Combined Transport"(see Clause 1)

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0   Zero |

SHIPPER:
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2
SAN VICENTE DE LO ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE

FONO:26448141
FAX:25608148
EMAIL:ARCOTRADING@ARCOTRADI
NG.CL

CARRIER'S AGENTS ENDORSEMENTS:  (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCL/FCL

CONSIGNEE:
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA

CONTACTO:CALENE RUMAN
PHONE:1-772-569 3244
FAX:1-772-569 3797
EMAIL:***

Lloyds/IMO Number: 9770751
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS BY HIM EXPRESSLY DECLARED.

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus 0.8 degrees Celsius and 0 CBM/HR.

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to comply will result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for

[Continued in the Description section]

NOTIFY PARTIES : (No responsibility shall attach to Carrier or to his Agent for failure to notify – see Clause 20)
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE, MIAMI,
FLORIDA 33126

PHONE:(786)476-0700
FAX:(786)476-0700
EMAIL:ACBOCEAN@ADVANCECUSTOM
SBROKERS.COM

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
6TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8502

| VESSEL AND VOYAGE NO (see Clause 8 & 9) MSC AINO - NX209R | PORT OF LOADING Valparaiso, Chile | PLACE OF RECEIPT:  (Combined Transport ONLY - see Clause 1 & 5.2) XXXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF.        (or)        SHIPPER'S REF. 070ISA1003808          XXXXXXXXXXXXXXX | PORT OF DISCHARGE Philadelphia, United States | PLACE OF DELIVERY : (Combined Transport ONLY - see Clause 1 & 5.2) Gloucester City, NJ, United States - Door |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R  -  N O T   C H E C K E D   B Y   C A R R I E R  -  C A R R I E R   N O T   R E S P O N S I B L E  (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements | | |
| | shippers accounts. | | |
| | | | |
| | **Please see attached RIDER for Container / Cargo Description(s).** | | |
| | 3 x 40' HIGH CUBE REEFER | | |
| | Total Items :          5700 | | |
| | Total Gross Weight :       52440.000 Kgs. | | |

FREIGHT & CHARGES          Cargo shall not be delivered unless Freight  &  Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | RATE | | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|
| Ocean Freight | 3 | USD | 11,455.00 | | USD | 34,345.00 |
| Security Manifest Documentati | 1 | USD | 25.00 | | USD | 25.00 |
| Carrier Security Fee | 3 | USD | 11.00 | | USD | 33.00 |
| Wharfage | 54.0 | USD | 3.25 | | USD | 273.00 |
| Seal Fee | 3 | USD | 3.00 | | USD | 9.00 |
| LOW SULPHUR FUEL CONTRI | 3 | USD | 100.00 | | USD | 300.00 |
| BUNKER RECOVERY COST S | 3 | USD | 952.00 | | USD | 2,856.00 |
| Panama Canal Emergency Su | 3 | USD | 30.00 | | USD | 90.00 |
| Declared Value : | | **TOTAL FREIGHT & CHARGES** | | | USD | 37,851.00 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" (for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable, IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS THE HAS AUTHORITY TO DO SO.   ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) XXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) 3          cntrs | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| PLACE AND DATE OF ISSUE MSC CHILE Mar-14-2022 | SHIPPED ON BOARD Mar-08-2022 | |

Sea Waybill Standard Edition - 02/2015                    TERMS CONTINUED  ON REVERSE  J

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提甲的条款和条件详细见网站 | www.msc.com

| **msc** **MEDITERRANEAN SHIPPING COMPANY S.A.** 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland website: www.msc.com   SCAC Code: MSCU | **SEA WAYBILL No.** | **MEDUD2303540** |
|---|---|---|
| | **RIDER PAGE** Page 1 of 1 | |

**CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE(see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider necss(a), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MEDU9818264 40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003228 FX18368172 Tare Weight: 4,600 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| MEDU9621655 40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>FX18368235 Tare Weight: 4,360 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| TEMU9454669 40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003235 FX18400569 Tare Weight: 4,630 kgs. Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br>**CALENE@SEALDSWEET.COM Imports@sealdsweet.com<br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 52,440.000 kgs. | 180.000 cu. m. |

| PLACE AND DATE OF ISSUE MSC CHILE Mar-14-2022 | SHIPPED ON BOARD Mar-08-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A. |
|---|---|---|

Sea Waybill Standard Edition - 01/2016

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# MEDITERRANEAN SHIPPING COMPANY S.A.
12-14, chemin Rieu – CH -1208 GENEVA, Switzerland
website: www.msc.com                    SCAC Code: MSCU

| SEA WAYBILL No. | MEDUD2313713 |
|---|---|
| NON-NEGOTIABLE COPY | "Port-To-Port" or "Combined Transport"(see Clause 1) |

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0  Zero |

**SHIPPER:**
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO
ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE

FONO:26448141 FAX:28505148
EMAIL:ARCOTRADING@ARCOTRADI
NG.CL

CARRIER'S AGENTS ENDORSEMENTS:  (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCLFCL

**CONSIGNEE:**
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA

CONTACTO:CALENE RUMAN
PHONE:1-772-569 2244
FAX: 1-772-569 2797
EMAIL:CALENE@SEALDSWEET.COM
imports@sealdsweet.com

Lloyds/IMO Number: 9720471
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY
THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS
BY HIM EXPRESSLY DECLARED

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus
0.5 degree Celsius and 0 CBM/HR

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to
comply will
[Continued in the Description section]

**NOTIFY PARTIES : (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20)**
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE. MIAMI,
FLORIDA 33126

PHONE:(786)476-0700
FAX:(786)476-0706
EMAIL:ACBOCEAN@ADVANCECUSTOM
SBROKERS.COM

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
6TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8582

| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC JEONGMIN - NX210R | Valparaiso, Chile | XXXXXXXXXXXXXXXXXX |

| BOOKING REF.          (or)        SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| 070ISA1006310 XXXXXXXXXXXXXXXXX | Philadelphia, United States | Gloucester City, NJ, United States - Door |

| PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14) | | | |
|---|---|---|---|
| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
| | continued from Carrier's Agent Endorsements | | |
| | result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for shippers accounts. | | |
| | **Please see attached RIDER for Container / Cargo Description(s).** | | |
| | 3 x 40' HIGH CUBE REEFER | | |
| | Total Items :                5700 | | |
| | Total Gross Weight :   52440.000  Kgs. | | |

| FREIGHT & CHARGES    Cargo shall not be delivered unless Freight  & Charges are paid(see Clause 16) | | | | | | |
|---|---|---|---|---|---|---|
| FREIGHT & CHARGES | BASIS | RATE | | PREPAID | COLLECT | |
| Ocean Freight | 3 | USD | 11,530.00 | | USD | 34,590.00 |
| Security Manifest Documentati | 1 | USD | 25.00 | | USD | 25.00 |
| Carrier Security Fee | 3 | USD | 11.00 | | USD | 33.00 |
| Wharfage | 52.4 | USD | 3.25 | | USD | 170.43 |
| Seal Fee | 3 | USD | 3.00 | | USD | 9.00 |
| LOW SULPHUR FUEL CONTRI | 3 | USD | 100.00 | | USD | 300.00 |
| BUNKER RECOVERY COST B | 3 | USD | 952.00 | | USD | 2,856.00 |
| Panama Canal Emergency Su | 3 | USD | 30.00 | | USD | 90.00 |
| Declared Value : | TOTAL FREIGHT & CHARGES | | | | USD | 38,073.43 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition
unless otherwise stated herein the total number or quantity of containers or other
packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to
all the terms hereof from the Place of Receipt or the Port of Loading, to the Port or
Place of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA
WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN
BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND
THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO,    ALL THE
TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND
CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL
SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be
made only to the Consignee or his authorized representatives. This Sea Waybill is not
a document of title to the Goods and delivery will made, after payment of any
outstanding Freight and charges, only on provision of proper proof of identity and of
authorization at the Port of Discharge or Place of Delivery, as appropriate, without the
need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea
Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cnlrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A by MSC MEDITERRANEAN SHIPPING CO, (Chile) S.A, AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| XXXXXXXXXXXXXXXX | 3          cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD |
|---|---|
| MSC CHILE Mar-17-2022 | Mar-14-2022 |

Sea Waybill Standard Edition - 02/2015          TERMS CONTINUED ON REVERSE   J

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件请浏览网站 | www.msc.com



| MEDITERRANEAN SHIPPING COMPANY S.A. | SEA WAYBILL No. | MEDUD2313713 |
|---|---|---|
| 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland | RIDER PAGE | |
| website: www.msc.com      SCAC Code: MSCU | Page 1 of 1 | |

**CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER · NOT CHECKED BY CARRIER · CARRIER NOT RESPONSIBLE(see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider pages(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSDU9837030<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003271<br>FX18450374<br>Tare Weight: 4,600 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| SZLU9071667<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003270<br>FX18450308<br>Tare Weight: 4,750 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| TEMU9528268<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003273<br>FX18450371<br>Tare Weight: 4,600 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 52,440.000 kgs. | 180.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br><br>Mar-17-2022 | SHIPPED ON BOARD<br><br><br>Mar-14-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company  S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A, AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition - 01/2015

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

## MEDITERRANEAN SHIPPING COMPANY S.A.
**MSC** 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com          SCAC Code: MSCU

| SEA WAYBILL No. | MEDUD2313747 |
|---|---|
| NON-NEGOTIABLE COPY | "Port-To-Port" or "Combined Transport"(see Clause 1) |

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0  Zero |

**SHIPPER:**
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO
ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE

FONO:28448141 FAX:23508145
EMAIL:ARCOTRADING@ARCOTRADI
NG.CL

CARRIER'S AGENTS ENDORSEMENTS:  (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCL/FCL

**CONSIGNEE:**
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA

CONTACTO:CALENE RUMAN
PHONE1-772-569-2244
FAX: 1-772-569 2797
EMAIL:CALENE@SEALDSWEET.COM
imports@sealdsweet.com

Lloyd/IMO Number: 9720471
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY
THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS
BY HIM EXPRESSLY DECLARED

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus
0.5 degrees Celsius and 0 CBM/HR

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to
comply will
[Continued in the Description section]

**NOTIFY PARTIES :** (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20)
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE. MIAMI,
FLORIDA 33126

PHONE:(786)476-0700
FAX:(786)476-0700
EMAIL:ACBOCEAN@ADVANCECUSTOM
SBROKERS.COM

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
8TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8592

| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING Valparaiso, Chile | PLACE OF RECEIPT:  (Combined Transport ONLY - see Clause 1 & 5.2) XXXXXXXXXXXXXXX |
|---|---|---|
| MSC JEONGMIN - NX210R | | |
| BOOKING REF.        (or)        SHIPPER'S REF. 0701SA1006310      XXXXXXXXXXXXXX | PORT OF DISCHARGE Philadelphia, United States | PLACE OF DELIVERY : (Combined Transport ONLY - see Clause 1 & 5.2) Gloucester City, NJ, United States - Door |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R   -   N O T   C H E C K E D   B Y   C A R R I E R   -   C A R R I E R   N O T   R E S P O N S I B L E** (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider pages(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements | | |
| | result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for shippers accounts. | | |
| | Please see attached RIDER for Container / Cargo Description(s). | | |
| | 3 x 40' HIGH CUBE REEFER | | |
| | Total Items :        5700 | | |
| | Total Gross Weight :     52440.000  Kgs. | | |

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | RATE | | PREPAID | COLLECT |
|---|---|---|---|---|---|
| Ocean Freight | 3 | USD | 11,530.00 | | USD    34,590.00 |
| Security Manifest Documentati | 1 | USD | 25.00 | | USD    25.00 |
| Carrier Security Fee | 3 | USD | 11.00 | | USD    33.00 |
| Wharfage | 52.4 | USD | 3.25 | | USD    170.43 |
| Seal Fee | 3 | USD | 3.00 | | USD    9.00 |
| LOW SULPHUR FUEL CONTRI | 3 | USD | 100.00 | | USD    300.00 |
| BUNKER RECOVERY COST S | 3 | USD | 952.00 | | USD    2,856.00 |
| Panama Canal Emergency Su | 3 | USD | 30.00 | | USD    90.00 |
| Declared Value :   TOTAL FREIGHT & CHARGES | | | | | USD    38,073.43 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition
unless otherwise stated herein the total number or quantity of containers or other
packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to
all the term hereof from the Place of Receipt or the Port of Loading, to the Port of
Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA
WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN
BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND
THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO,  ALL THE
TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND
CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL
SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be
made only to the Consignee or his authorized representatives. This Sea Waybill is not
a document of title to the Goods and delivery will made, after payment of any
outstanding Freight and charges, only on provision of proper proof of identity and
authorization at the Port of Discharge or Place of Delivery, as appropriate, without the
need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea
Waybill.

| DECLARED VALUE (Only applicable If Ad Valorem charges paid - see Clause 7.3) XXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) 3        cntrs | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A, AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| PLACE AND DATE OF ISSUE MSC CHILE Mar-17-2022 | SHIPPED ON BOARD Mar-14-2022 | |

Sea Waybill Standard Edition - 02/2015          TERMS CONTINUED  ON REVERSE  J

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 见单的条款和条件请咨询见网站 | www.msc.com

| **MSC** MEDITERRANEAN SHIPPING COMPANY S.A. | **SEA WAYBILL No.** | **MEDUD2313747** |
|---|---|---|
| 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland | **RIDER PAGE** | |
| website: www.msc.com          SCAC Code: MSCU | Page 1 of 1 | |

CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE(see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider pages(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| CRLU1211035<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003260<br>FX18450334<br>Tare Weight: 4,760 kgs.<br>Marks and Numbers; SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| GESU9364939<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>FX18450213<br>Tare Weight: 4,540 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| TEMU9081333<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>FX18450118<br>Tare Weight: 4,600 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 52,440.000 kgs. | 180.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br>Mar-17-2022 | SHIPPED ON BOARD<br><br>Mar-14-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的版款和条件详请见网站 | www.msc.com

# MSC MEDITERRANEAN SHIPPING COMPANY S.A.
12-14, chemin Rieu – CH -1208 GENEVA, Switzerland
website: www.msc.com

SCAC Code: MSCU

| SEA WAYBILL No. | MEDUD2335120 |
|---|---|
| NON-NEGOTIABLE COPY | "Port-To-Port" or "Combined Transport"(see Clause 1) |

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0   Zero |

**SHIPPER:**
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO
ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE

FONO:28448141
FAX:26608146
EMAIL:ARCOTRADING@ARCOTRADI
NG.CL

**CONSIGNEE:**
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA

CONTACTO:CALENE RUMAN
PHONE1:772-569 2244
FAX: 1-772-569 2797
EMAIL:CALENE@SEALDSWEET.COM**

**CARRIER'S AGENTS ENDORSEMENTS:  (Include Agent(s) at POD)**
SHIPPER'S LOAD, COUNT AND SEALED
FCLFCL

Lloyds/IMO Number: 9720471
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY
THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS
BY HIM EXPRESSLY DECLARED

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus
0.5 degree Celsius and 0 CBM/HR

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to
comply will
[Continued in the Description section]

PORT OF DISCHARGE:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
5TH FLOOR
New York, NY 10016
Phone : 212 764 4800
Fax : 212 764 8592

**NOTIFY PARTIES : (No responsibility shall attach to Carrier or to his Agent for failure to notify – see Clause 20)**
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE, MIAMI,
FLORIDA 33126 USA

PHONE:(786)476-0700
FAX:(786)476-0706
EMAIL:ACBOCEAN@ADVANCECUSTOM
SBROKERS.COM



| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT:  (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC JEONGMIN - NX210R | Valparaiso, Chile | XXXXXXXXXXXXXXXXX |

| BOOKING REF.    (or)    SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| 070ISA1006310         XXXXXXXXXXXXXX | Philadelphia, United States | Gloucester City, NJ, United States - Door |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements | | |
| | result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for shippers accounts | | |
| | | | |
| | Please see attached RIDER for Container / Cargo Description(s). | | |
| | 4 x 40' HIGH CUBE REEFER | | |
| | Total Items :        7600 | | |
| | Total Gross Weight :    69920.000  Kgs. | | |

**FREIGHT & CHARGES**    Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | RATE | | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|
| Ocean Freight | 4 | USD | 11,530.00 | | USD | 46,120.00 |
| Security Manifest Documentati | 4 | USD | 25.00 | | USD | 25.00 |
| Carrier Security Fee | 4 | USD | 11.00 | | USD | 44.00 |
| Wharfage | 69.0 | USD | 3.26 | | USD | 227.24 |
| Seal Fee | 4 | USD | 3.00 | | USD | 12.00 |
| LOW SULPHUR FUEL CONTRI | 4 | USD | 100.00 | | USD | 400.00 |
| BUNKER RECOVERY COST'S | 4 | USD | 952.00 | | USD | 3,808.00 |
| Panama Canal Emergency Su | 4 | USD | 30.00 | | USD | 120.00 |
| Declared Value : | TOTAL FREIGHT & CHARGES | | | | USD | 50,756.24 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO,  ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorisation at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3)<br>XXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>4     cntrs | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A, by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>MSC CHILE<br>Mar-17-2022 | SHIPPED ON BOARD<br>Mar-14-2022 | |

Sea Waybill Standard Edition - 02/2015                    TERMS CONTINUED  ON REVERSE  J

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. | SEA WAYBILL No. | MEDUD2335120 |
|---|---|---|
| 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland | RIDER PAGE | |
| website: www.msc.com         SCAC Code: MSCU | Page 1 of 1 | |

CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider pages(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MEDU9098027<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>FX18450148<br>Tare Weight: 4,740 kgs.<br>Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| CXRU1415265<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>FX18450244<br>Tare Weight: 4,700 kgs.<br>Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| SZLU9168908<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>FX18450243<br>Tare Weight: 4,790 kgs.<br>Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| CRSU6063070<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>FX18450117<br>Tare Weight: 4,740 kgs.<br>Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br>**imports@sealdsweet.com<br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 69,920.000 kgs. | 240.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br>Mar-17-2022 | SHIPPED ON BOARD<br><br>Mar-14-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A, AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

# MSC MEDITERRANEAN SHIPPING COMPANY S.A.

12-14, chemin Rieu - CH -1208 GENEVA, Switzerland

website: www.msc.com

SCAC Code: MSCU

**SEA WAYBILL NO.** MEDUDZ358445

**NON-NEGOTIABLE COPY** — "Port-to-Port" or "Combined Transport (see Clause 1)

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0  Zero |

**CARRIER'S AGENTS ENDORSEMENTS: (include Agent(s) at POD)**
SHIPPER'S LOAD, COUNT AND SEALED
FCL/FCL

| SHIPPER: | |
|---|---|
| ARCOTRADING LTDA. | FONO:2648141 |
| GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO | FAX:22608148 |
| ARCAYA, PARCELA | EMAIL:ARCOTRADING@ARGOTRADI |
| 10-H - COLINA, SANTIAGO CHILE | NG.CL |

| CONSIGNEE: | |
|---|---|
| SEALD SWEET INTERNATIONAL | CONTACTO:CALENE RUMAN |
| 1991, 74TH AVENUE, VERO BEACH | PHONE:1-772-609 2244 |
| FL 32966, USA | |

Lloyds/IMO Number: 9702369
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT
IS BY HIM EXPRESSLY DECLARED.

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus
0.5 degrees Celsius and 0 CBM/HR.

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to
comply will result in containers being returned to load port or cargo destroyed - all costs/fines/penalties
will be for
[Continued in the Description section]

| NOTIFY PARTIES : (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20) | |
|---|---|
| ADVANCE CUSTOMS BROKERS & CONSULTING LLC | PHONE:(786)476-0700 |
| 1400 N.W 79TH AVE. MIAMI, | FAX:(786)476-0706 |
| FLORIDA 33126 | EMAIL:ACBOCEAN@ADVANCECUSTOM |
| | SBROKERS.COM |

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
6TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8592

| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC VITA - NX211R | Valparaiso, Chile | XXXXXXXXXXXXXXX |

| BOOKING REF.    (or)    SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| 070ISA1008266 | Philadelphia, United States | Gloucester City, NJ, United States - Door |
| XXXXXXXXXXXXXXX | | |

## PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider pages(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements shippers accounts. | | |
| | **Please see attached RIDER for Container / Cargo Description(s).** | | |
| | 4 x 40' HIGH CUBE REEFER | | |
| | Total Items :        7600 | | |
| | Total Gross Weight:     69920.000  Kgs. | | |

| FREIGHT & CHARGES | | Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16) | |
|---|---|---|---|

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| Ocean Freight | 4 | USD  11,530.00 | | USD   46,120.00 |
| Security Manifest Documentati | 4 | USD  25.00 | | USD   100.00 |
| Carrier Security Fee | 4 | USD  11.00 | | USD   44.00 |
| Wharfage | 69.9 | USD  3.23 | | USD   227.24 |
| Seal Fee | 4 | USD  3.00 | | USD   12.00 |
| LOW SULPHUR FUEL CONTRI | 4 | USD  100.00 | | USD   400.00 |
| BUNKER RECOVERY COST B | 4 | USD  952.00 | | USD   3,808.00 |
| Panama Canal Emergency Su | 4 | USD  30.00 | | USD   120.00 |
| Declared Value :  TOTAL FREIGHT & CHARGES | | | | USD   50,769.24 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition
unless otherwise stated herein the total number or quantity of containers or other
packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to
all the term hereof from the Place of Receipt or the Port of Loading, to the Port of
Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA
WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN
BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND
THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO,  ALL THE
TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND
CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL
SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be
made only to the Consignee or his authorized representatives. This Sea Waybill is not
a document of title to the Goods and delivery will made, after payment of any
outstanding Freight and charges, only on provision of proper proof of identity and of
authorization at the Port of Discharge or Place of Delivery, as appropriate, without the
need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea
Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid -see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| XXXXXXXXXXXXXXXX | 4  cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD | |
|---|---|---|
| MSC CHILE | | |
| Mar-24-2022 | Mar-21-2022 | |

Sea Waybill Standard Edition - 02/2015           TERMS CONTINUED ON REVERSE  J



**MEDITERRANEAN SHIPPING COMPANY S.A.**
12-14, chemin Rieu – CH -1208 GENEVA, Switzerland
website: www.msc.com                    SCAC Code: MSCU

| SEA WAYBILL No. | MEDUD2358445 |
|---|---|
| RIDER PAGE | |
| Page 1 of 1 | |

CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider pages(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| CRSU6027896<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003296<br>FX18417364<br>Tare Weight: 4,740 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| TRIU8435131<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003297<br>FX18417391<br>Tare Weight: 4,600 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| MEDU9105664<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003301<br>FX18417383<br>Tare Weight: 4,740 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| TEMU9449343<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003295<br>FX18416849<br>Tare Weight: 4,630 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 69,920.000 kgs. | 240.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br><br>Mar-24-2022 | SHIPPED ON BOARD<br><br><br>Mar-21-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition - 01/2015

| MEDITERRANEAN SHIPPING COMPANY S.A. | SEA WAYBILL No. | MEDUD2413996 |
|---|---|---|
| 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland | NON-NEGOTIABLE COPY | "Port-To-Port" or "Combined Transport (see Clause 1) |
| website: www.msc.com    SCAC Code: MSCU | NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES 0  Zero |

**SHIPPER:**
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2
SAN VICENTE DE LO ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE

FONO;28448141
FAX;28608148
EMAIL;ARCOTRADING@
ARCOTRADING.CL

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCL/FCL

**CONSIGNEE:**
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA

CONTACTO;CALENE RUMAN
PHONE; 1-772-569 2244
FAX; 1-772-569 2797
EMAIL;CALENE@
SEALDSWEET.COM"

Lloyds/IMO Number: 9702050
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS BY HIM EXPRESSLY DECLARED.

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus 0.6 degrees Celsius and 0 CBM/HR.

Shipper declares that any applicable steel packaging materials comply with ISPM15 regulations. Failure to comply will result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for
[Continued in the Description section]

**NOTIFY PARTIES :** (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20)
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE. MIAMI,
FLORIDA 33126

PHONE;(786)476-0700
FAX;(786)476-0706
EMAIL;ACBOCEAN@
ADVANCECUSTOMBROKERS.COM

PORT OF DISCHARGE AGENTS:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
6TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8892

| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC VITA - NX211R | Valparaiso, Chile | XXXXXXXXXXXXXXXX |

| BOOKING REF.    (or)    SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| 070ISA1008266    XXXXXXXXXXXXXXX | Philadelphia, United States | Gloucester City, NJ, United States - Door |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE** (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements | | |
| | shippers accounts. | | |
| | **Please see attached RIDER for Container / Cargo Description(s).** | | |
| | 4 x 40' HIGH CUBE REEFER | | |
| | Total Items :        7600 | | |
| | Total Gross Weight :    69920.000 Kgs. | | |

**FREIGHT & CHARGES**    Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | RATE | | PREPAID | | COLLECT | |
|---|---|---|---|---|---|---|---|
| Ocean Freight | 4 | USD | 11,530.00 | | USD | 46,120.00 | |
| Security Manifest Documentati | 1 | USD | 25.00 | | USD | 25.00 | |
| Carrier Security Fee | 4 | USD | 11.00 | | USD | 44.00 | |
| Wharfage | 112.0 | USD | 3.25 | | USD | 364.00 | |
| Seal Fee | 4 | USD | 3.00 | | USD | 12.00 | |
| LOW SULPHUR FUEL SURCHG | 4 | USD | 100.00 | | USD | 400.00 | |
| BUNKER RECOVERY COST S | 4 | USD | 952.00 | | USD | 3,808.00 | |
| Panama Canal Emergency Bu | 4 | USD | 30.00 | | USD | 120.00 | |
| Declared Value : | | TOTAL FREIGHT & CHARGES | | | USD | 50,893.00 | |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO. ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and or authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S A |
|---|---|---|
| XXXXXXXXXXXXXXX | 4    cntrs | |
| **PLACE AND DATE OF ISSUE** MSC CHILE Mar-24-2022 | SHIPPED ON BOARD Mar-21-2022 | |

Sea Waybill Standard Edition - 02/2015        TERMS CONTINUED ON REVERSE  J

**m̲s̲c̲** **MEDITERRANEAN SHIPPING COMPANY S.A.**
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com          SCAC Code: MSCU

| SEA WAYBILL No. | MEDUD2413596 |
|---|---|

RIDER PAGE
Page 1 of 1

CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE(see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider pages(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TRIU8846261<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003311<br>FX18419237<br>Tare Weight: 4,630 kgs.<br>Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5  C | 17,460.000 kgs. | 60.000 cu. m. |
| MSDU9012255<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003308<br>FX18415534<br>Tare Weight: 4,600 kgs.<br>Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5  C | 17,460.000 kgs. | 60.000 cu. m. |
| GESU9111020<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>3309<br>FX18415532<br>Tare Weight: 4,800 kgs.<br>Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5  C | 17,460.000 kgs. | 60.000 cu. m. |
| CRXU6957657<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003304<br>FX18415559<br>Tare Weight: 4,700 kgs.<br>Marks and Numbers: SEALD SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br>*imports@sealdsweet.com<br><br>Temperature: -0.5  C | 17,460.000 kgs. | 60.000 cu. m. |
| | Total : | 69,920.000 kgs. | 240.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br><br>Mar-24-2022 | SHIPPED ON BOARD<br><br><br>Mar-21-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company  S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition - 01/2015

# MEDITERRANEAN SHIPPING COMPANY S.A.
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com

SCAC Code: MSCU

**SEA WAYBILL NO.** MEDUD2413604

**NON-NEGOTIABLE COPY**

*"Port-To-Port" or "Combined Transport"(see Clause 1)*

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0 Zero |

**SHIPPER:**
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2
SAN VICENTE DE LO ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE

FONO:28448141
FAX:28606148
EMAIL:ARCOTRADING@
ARCOTRADING.CL

**CONSIGNEE:**
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA

CONTACTO: CALENE RUMAN
PHONE:1-772-569 2244
FAX: 1-772-569 2797
EMAIL:CALENE@
SEALDSWEET.COM*

**CARRIER'S AGENTS ENDORSEMENTS:** (include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCL/FCL

LloydsIMO Number: 9702069
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT
IS BY HIM EXPRESSLY DECLARED.

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus
0.5 degrees Celsius and 0 CBM/HR.

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to
comply will result in containers being returned to load port or cargo destroyed - all costs/fines/penalties
will be for
[Continued in the Description section]

PORT of DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
8TH FLOOR
New York, NY 10018
Phone : 212 764 4000
Fax : 212 764 6992

**NOTIFY PARTIES:** (No responsibility shall attach to Carrier or to his Agent for failure to notify - see
Clause 20)
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE. MIAMI,
FLORIDA 33126

PHONE:(786)476-0700
FAX:(786)476-0700
EMAIL:ACBOCEAN@
ADVANCECUSTOMSBROKERS.COM



| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC VITA - NX211R | Valparaiso, Chile | XXXXXXXXXXXXXXXX |

| BOOKING REF. (or) | SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|---|
| 070ISA1008266 | XXXXXXXXXXXXXX | Philadelphia, United States | Gloucester City, NJ, United States - Door |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements | | |
| | shippers accounts. | | |
| | **Please see attached RIDER for Container / Cargo Description(s).** | | |
| | 4 x 40' HIGH CUBE REEFER | | |
| | Total Items : 7600 | | |
| | Total Gross Weight : 69920.000 Kgs. | | |

**FREIGHT & CHARGES** Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| Ocean Freight | 4 | USD 11,530.00 | | USD 46,120.00 |
| Security Manifest Documentati | 1 | USD 25.00 | | USD 25.00 |
| Carrier Security Fee | 4 | USD 11.00 | | USD 44.00 |
| Wharfage | 112.0 | USD 3.25 | | USD 364.00 |
| Seal Fee | 4 | USD 3.00 | | USD 12.00 |
| LOW SULPHUR FUEL CONTRI | 4 | USD 100.00 | | USD 400.00 |
| BUNKER RECOVERY COST S | 4 | USD 952.00 | | USD 3,808.00 |
| Panama Canal Emergency Bu | 4 | USD 30.00 | | USD 120.00 |
| Declared Value : | **TOTAL FREIGHT & CHARGES** | | | USD 50,893.00 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition
unless otherwise stated herein the total number or quantity of containers or other
packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to
all the term hereof from the Place of Receipt or the Port of Loading, to the Port of
Discharge or Place of Delivery, whichever is applicable, IN ACCEPTING THIS SEA
WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN
BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND
THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO,  ALL THE
TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND
CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL
SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be
made only to the Consignee or its authorized representatives. This Sea Waybill is not
a document of title to the Goods and delivery will made, after payment of any
outstanding Freight and charges, only on provision of proper proof of identity and of
authorization at the Port of Discharge or Place of Delivery, as appropriate, without the
need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea
Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| XXXXXXXXXXXXXXXX | 4 cntrs | |
| PLACE AND DATE OF ISSUE MSC CHILE Mar-24-2022 | SHIPPED ON BOARD Mar-21-2022 | |

Sea Waybill Standard Edition - 02/2015      TERMS CONTINUED ON REVERSE J



**MEDITERRANEAN SHIPPING COMPANY S.A.**
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com                    SCAC Code: MSCU

| SEA WAYBILL No. | MEDUD2413604 |
|---|---|
| RIDER PAGE | |
| Page 1 of 1 | |

CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE(see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MEDU9024460<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003300<br>FX18416773<br>Tare Weight: 4,700 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| TRIU8051753<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003299<br>FX18416944<br>Tare Weight: 4,750 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| TTNU8207414<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003306<br>FX18415695<br>Tare Weight: 4,810 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| MEDU9876511<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003294<br>FX18417436<br>Tare Weight: 4,600 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br>*imports@sealdsweet.com<br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 69,920.000 kgs. | 240.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br><br>Mar-24-2022 | SHIPPED ON BOARD<br><br><br>Mar-21-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition - 01/2016

## MSC MEDITERRANEAN SHIPPING COMPANY S.A.

12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com                SCAC Code: MSCU

| SEA WAYBILL NO. | MEDUDZ367875 |
|---|---|

**NON-NEGOTIABLE COPY**

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0  Zero |

**SHIPPER:**
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO
ARCAYA, PARCELA 10-H - COLINA, SANTIAGO CHILE

FONO:26445141
FAX:26608148
EMAIL:ARCOTRADING@ARCOTRADI
NG.CL

**CARRIER'S AGENTS ENDORSEMENTS: (include Agent(s) at POD)**
SHIPPER'S LOAD, COUNT AND SEALED
FCLFCL

**CONSIGNEE:**
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA

CONTACTO: CALENE RUMAN
PHONE:1-772-569 2244
FAX: 1-772-569 2767
EMAIL:CALENE@SEALDSWEET.COM
imports@sealdsweet.com

LloydsIMO Number: 9785445
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT
IS BY HIM EXPRESSLY DECLARED.

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus
0.5 degrees Celsius and 0 CBM/HR.

Shipper declares that any optional wood packaging materials comply with ISPM15 regulations. Failure to
comply will result in containers being returned to load port or cargo destroyed - all costs/fines/penalties
will be for
[Continued in the Description section]

**NOTIFY PARTIES: (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20)**
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE. MIAMI,
FLORIDA 33126

PHONE:(786)476-0700
FAX:(786)476-0706
EMAIL:ACBOCEAN@ADVANCECUSTOM
SBROKERS.COM

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
8TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8302



| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC CAROLE - NX212R | Valparaiso, Chile | XXXXXXXXXXXXXXXX |

| BOOKING REF. | (or) | SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|---|---|
| 070ISA1009090 | | XXXXXXXXXXXXXXX | Philadelphia, United States | Gloucester City, NJ, United States - Door |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements shippers accounts. | | |
| | Please see attached RIDER for Container / Cargo Description(s). | | |
| | 2 x 40' HIGH CUBE REEFER | | |
| | Total Items :        3800 | | |
| | Total Gross Weight :   34960.000 Kgs. | | |

**FREIGHT & CHARGES**    Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| Ocean Freight | 2 | USD   11,530.00 | | USD         23,060.00 |
| Security Manifest Documentati | 1 | USD     25.00 | | USD             25.00 |
| Carrier Security Fee | 2 | USD     11.00 | | USD             22.00 |
| Wharfage | 35.0 | USD      3.25 | | USD            113.52 |
| Seal Fee | 2 | USD      3.00 | | USD              8.00 |
| LOW SULPHUR FUEL CONTRI | 2 | USD    100.00 | | USD            200.00 |
| BUNKER RECOVERY COST S | 2 | USD    932.00 | | USD          1,864.00 |
| Panama Canal Emergency Su | 2 | USD     30.00 | | USD             60.00 |
| Declared Value : | | TOTAL FREIGHT & CHARGES | | USD         25,390.52 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled 'Carrier's Receipt' for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A, by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| XXXXXXXXXXXXXXXX | 2      cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD | |
|---|---|---|
| MSC CHILE Apr-05-2022 | Apr-02-2022 | |

Sea Waybill Standard Edition - 02/2016          TERMS CONTINUED ON REVERSE  J

| **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MEDUD2367875** |
|---|---|---|
| 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland | **RIDER PAGE** | |
| website: www.msc.com    SCAC Code: MSCU | **Page 1 of 1** | |

**CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE(see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSCU7461628<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003345<br>FX18418773<br>Tare Weight: 4,600 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br><br><br>Temperature: -0.5  C | 17,480.000 kgs. | 60.000 cu. m. |
| CRLU1206960<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>3344<br>FX18418807<br>Tare Weight: 4,760 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br><br><br>Temperature: -0.5  C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 34,960.000 kgs. | 120.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br><br>Apr-05-2022 | SHIPPED ON BOARD<br><br><br>Apr-02-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition - 01/2015

| | | | | |
|---|---|---|---|---|
| **MSC** | | | SEA WAYBILL NO. | MEDUD2416557 |

**MEDITERRANEAN SHIPPING COMPANY S.A.**
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com                SCAC Code: MSCU

SEA WAYBILL NO. MEDUD2416557
NON-NEGOTIABLE COPY
"Port-To-Port or "Combined Transport (see Clause 1)
NO.& SEQUENCE OF SEA WAYBILLS   NO. OF RIDER PAGES
0 Zero

**SHIPPER:**
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO
ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE
FONO:26448141
FAX:26608148
EMAIL:ARCOTRADING@ARCOTRADI
NG.CL

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCLFCL

**CONSIGNEE:**
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA
CONTACTO:CALENE RUMAN
PHONE:1-772-569 2244
FAX:1-772-569 2787
EMAIL:CALENE@SEALDSWEET.COM
imports@sealdsweet.com

Lloyds/IMO Number: 9785445
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS BY HIM EXPRESSLY DECLARED.
Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus 0.5 degrees Celsius and 0 CBM/HR.
Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to comply will result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for
[Continued in the Description section]

**NOTIFY PARTIES:** (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20)
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 78TH AVE. MIAMI,
FLORIDA 33126
PHONE:(786)476-0700
FAX:(786)476-0706
EMAIL:ACBOCEAN@ADVANCECUSTOM
SBROKERS.COM

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC,420, 5TH AVENUE (AT 37TH STREET)
8TH FLOOR,
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8592

| VESSEL AND VOYAGE NO (see Clause 8 & 9) | | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC CAROLE - NX212R | PORT OF LOADING Valparaiso, Chile | XXXXXXXXXXXXXXX |
| BOOKING REF.    (or)    SHIPPER'S REF. 0701SA1008090        xxxxxxxxxxxxxxxxx | PORT OF DISCHARGE Philadelphia, United States | PLACE OF DELIVERY: (Combined Transport ONLY - see Clause 1 & 5.2) Gloucester City, NJ, United States - Door |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements<br>shippers account.<br><br>**Please see attached RIDER for Container / Cargo Description(s).**<br>2 x 40' HIGH CUBE REEFER<br><br>Total Items :      3600<br>Total Gross Weight:   34960.000  Kgs. | | |

**FREIGHT & CHARGES**  Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | | RATE | PREPAID | | COLLECT |
|---|---|---|---|---|---|---|
| Ocean Freight | 2 | USD | 11,520.00 | | USD | 23,040.00 |
| Security Manifast Documentati | 1 | USD | 28.00 | | USD | 28.00 |
| Carrier Security Fee | 2 | USD | 15.00 | | USD | 30.00 |
| Wharfage | 42.0 | USD | 3.25 | | USD | 136.50 |
| Seal Fee | 2 | USD | 3.00 | | USD | 6.00 |
| LOW SULPHUR FUEL CONTRI | 2 | USD | 100.00 | | USD | 200.00 |
| BUNKER RECOVERY COST S | 2 | USD | 952.00 | | USD | 1,904.00 |
| Panama Canal Emergency Su | 2 | USD | 30.00 | | USD | 60.00 |
| **Declared Value :** | **TOTAL FREIGHT & CHARGES** | | | | USD | 25,413.50 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO. ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid see Clause 7.3) XXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) 2    cntrs | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| PLACE AND DATE OF ISSUE MSC CHILE    Apr-05-2022 | SHIPPED ON BOARD Apr-02-2022 | |

Sea Waybill Standard Edition - 02/2015            TERMS CONTINUED ON REVERSE  J

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ MEDUD9876511 | MSC Vita, NX211R, transhipped to MSC Harmony III at Colon, Panama | MSC Mediterrane an Shipping Company, S.A., Mediterrane an Shipping Company (USA) Inc., MSC Ship Manageme nt Ltd and vessel owners identified in complaint and vessels, in rem | MEDUD2413604 | 3/24/2022 Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 4/16/22 | 1900 |
| ✓ MSCU7461628 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterrane an Shipping Company, S.A., Mediterrane an Shipping Company (USA) Inc., MSC Ship Manageme nt Ltd and vessel owners identified in complaint and vessels, in rem | MEDUD2367875 | 4/5/2022 Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| ✓ CRLU1206960 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterrane an Shipping Company, S.A., Mediterrane an Shipping Company (USA) Inc., MSC Ship Manageme nt Ltd and vessel owners identified in complaint and vessels, in rem | MEDUD2367875 | 4/5/2022 Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| ✓ TGHU9965908 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterrane an Shipping Company, S.A., Mediterrane an Shipping Company (USA) Inc., MSC Ship Manageme nt Ltd and vessel owners identified in complaint and vessels, in rem | MEDUD2416557 | 4/5/2022 Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |

**MEDITERRANEAN SHIPPING COMPANY S.A.**
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com
SCAC Code: MSCU

**SEA WAYBILL No.**     **MEDUD2416557**
RIDER PAGE
Page 1 of 1

CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE(see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider pace(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TGHU9965906<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>FX18416825<br>Tare Weight: 4,710 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| SEGU9284946<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003348<br>FX18416508<br>Tare Weight: 4,590 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br>FREIGHT COLLECT<br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 34,960.000 kgs. | 120.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br>Apr-05-2022 | SHIPPED ON BOARD<br><br><br>Apr-02-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition - 01/2015

# MSC MEDITERRANEAN SHIPPING COMPANY S.A.

12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com

SCAC Code: MSCU

**SEA WAYBILL NO.** MEDUD2416680

NON-NEGOTIABLE COPY

"Port-To-Port" or "Combined Transport (see Clause 1)

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0  Zero |

| SHIPPER: | FONO: 28448141 |
|---|---|
| ARCOTRADING LTDA. | FAX : 28508148 |
| GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO | EMAIL: |
| ARCAYA, PARCELA | ARCOTRADING@ARCOTRADING.CL |
| 10-H - COLINA, SANTIAGO CHILE | |

**CARRIER'S AGENTS ENDORSEMENTS:** (include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCL/FCL

| CONSIGNEE: | CONTACTO:CALENE RUMAN |
|---|---|
| SEALD SWEET INTERNATIONAL | PHONE:1-772-569 2244 |
| 1991, 74TH AVENUE, VERO BEACH | FAX: 1-772-569 2797 |
| FL 32966, USA | EMAIL: CALENE@SEALDSWEET.COM |
| | imports@sealdsweet.com |

Lloyds/IMO Number: 9784445
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS BY HIM EXPRESSLY DECLARED.

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus 0.5 degrees Celsius and 0 CBM/HR.

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to comply will result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for
[Continued in the Description section]

| NOTIFY PARTIES : (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20) | |
|---|---|
| ADVANCE CUSTOMS BROKERS & CONSULTING LLC | PHONE:(786)476-0700 |
| 1400 N.W 79TH AVE, MIAMI, | FAX:(786)476-0706 |
| FLORIDA 33126 | EMAIL: |
| | ACBOCEAN@ADVANCECUSTOMSBROKERS.COM |

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA) INC.420, 5TH AVENUE (AT 37TH STREET) 6TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8592



| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC CAROLE - NX212R | Valparaiso, Chile | XXXXXXXXXXXXXXXXX |

| BOOKING REF. | (or) | SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|---|---|
| 070ISA1009090 | | XXXXXXXXXXXXXX | Philadelphia, United States | Gloucester City, NJ, United States - Door |

| PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14) | | | |
|---|---|---|---|
| **Container Numbers, Seal Numbers and Marks** | **Description of Packages and Goods** (Continued on attached Bill of Lading Rider pages(s), if applicable) | **Gross Cargo Weight** | **Measurement** |

continued from Carrier's Agent Endorsements

shippers accounts.

**Please see attached RIDER for Container / Cargo Description(s).**

2 x 40' HIGH CUBE REEFER

Total Items : 3800
Total Gross Weight : 34960.000 Kgs.

| FREIGHT & CHARGES | Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16) | | | | |
|---|---|---|---|---|---|
| FREIGHT & CHARGES | BASIS | RATE | PREPAID | | COLLECT |
| Ocean Freight | 2 | USD  11,530.00 | | USD | 23,060.00 |
| Security Manifest Documentati | 1 | USD  25.00 | | USD | 25.00 |
| Carrier Security Fee | 1 | USD  11.00 | | USD | 12.00 |
| Wharfage | 35.0 | USD  3.25 | | USD | 113.82 |
| Seal Fee | 2 | USD  3.00 | | USD | 6.00 |
| LOW SULPHUR FUEL CONTRI | 2 | USD  100.00 | | USD | 200.00 |
| BUNKER RECOVERY COST S | 2 | USD  952.00 | | USD | 1,904.00 |
| Panama Canal Emergency Su | 2 | USD  30.00 | | USD | 60.00 |
| Declared Value : | | TOTAL FREIGHT & CHARGES | | USD | 25,380.82 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and or authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| XXXXXXXXXXXXXX | 2  cntrs | |
| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD | |
| MSC CHILE | Apr-02-2022 | |
| Apr-05-2022 | | |

See Waybill Standard Edition - 02/2016                    TERMS CONTINUED ON REVERSE  J



**MEDITERRANEAN SHIPPING COMPANY S.A.**
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com                          SCAC Code: MSCU

| SEA WAYBILL No. | MEDUD2416680 |
|---|---|
| RIDER PAGE | |
| Page 1 of 1 | |

CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| SZLU9487572 <br> 40' HIGH CUBE REEFER <br><br> Seal Number: <br><br> 0003347 <br> FX18416651 <br> Tare Weight: 4,600 kgs. <br> Marks and Numbers: SEALD <br> SWEET | 1900 Case(s) of <br><br> FRESH GRAPES ON 20 PALLETS <br><br><br><br><br><br> Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| MEDU9160882 <br> 40' HIGH CUBE REEFER <br><br> Seal Number: <br><br> 0003346 <br> FX18416655 <br> Tare Weight: 4,540 kgs. <br> Marks and Numbers: SEALD <br> SWEET | 1900 Case(s) of <br><br> FRESH GRAPES ON 20 PALLETS <br><br> FREIGHT COLLECT <br><br><br> Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 34,960.000 kgs. | 120.000 cu. m. |

| PLACE AND DATE OF ISSUE <br> MSC CHILE <br><br> Apr-05-2022 | SHIPPED ON BOARD <br><br><br> Apr-02-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. <br> by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR <br> THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition - 01/2015

| **MSC** MEDITERRANEAN SHIPPING COMPANY S.A. | | SEA WAYBILL NO. | MEDUD2421920 |
|---|---|---|---|
| 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland website: www.msc.com | | NON-NEGOTIABLE COPY | "Port-To-Port" or "Combined Transport"(see Clause 1) |
| SCAC Code: MSCU | | NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
| | | | 0  Zero |

| SHIPPER: ARCOTRADING LTDA. GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO ARCAYA, PARCELA 10-H - COLINA, SANTIAGO CHILE | FONO:28448141 FAX:28608145 EMAIL:ARCOTRADING@ARCOTRADI NG.CL | CARRIER'S AGENTS ENDORSEMENTS:  (Include Agent(s) at POD) SHIPPER'S LOAD, COUNT AND SEALED FCL/FCL |
|---|---|---|

| CONSIGNEE: SEALD SWEET INTERNATIONAL 1991, 74TH AVENUE, VERO BEACH FL 32966, USA | CONTACTO:CELENE RUMAN PHONE:1-772-569 2244 FAX: 1-772 569 2797 EMAIL:CELENE@SEALDSWEET.COM | Lloyds/IMO Number: 9765445 SHIPPER LOAD AND COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS BY HIM EXPRESSLY DECLARED Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus 0.5 degrees Celsius and 0 CBM/HR |
|---|---|---|

| NOTIFY PARTIES : (No responsibility shall attach to Carrier or to his Agent for failure to notify – see Clause 20) ADVANCE CUSTOMS BROKERS & CONSULTING LLC 1400 N.W 79TH AVE. MIAMI, FLORIDA 33126 | PHONE:(786)476-0700 FAX:(786)476-0706 EMAIL:ACBOCEAN@ADVANCECUSTOM SBROKERS.COM | Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to comply will [Continued in the Description section] PORT OF DISCHARGE AGENT: MEDITERRANEAN SHIPPING COMPANY (USA) INC.420, 5TH AVENUE (AT 37TH STREET) 6TH FLOOR New York, NY 10018 Phone : 212 764 4800 Fax : 212 764 8592 |
|---|---|---|



| VESSEL AND VOYAGE NO (see Clause 8 & 9) MSC CAROLE - NX212R | PORT OF LOADING Valparaiso, Chile | PLACE OF RECEIPT:  (Combined Transport ONLY – see Clause 1 & 5.2) XXXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF.        (or)        SHIPPER'S REF. 070ISA1009090              XXXXXXXXXXXXXX | PORT OF DISCHARGE Philadelphia, United States | PLACE OF DELIVERY : (Combined Transport ONLY – see Clause 1 & 5.2) Gloucester City, NJ, United States - Door |

| PARTICULARS FURNISHED BY THE SHIPPER – NOT CHECKED BY CARRIER – CARRIER NOT RESPONSIBLE (see Clause 14) | | | |
|---|---|---|---|
| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
| | continued from Carrier's Agent Endorsements result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for shippers accounts. | | |
| | **Please see attached RIDER for Container / Cargo Description(s).** 2 x 40' HIGH CUBE REEFER | | |
| | Total Items :          3800 Total Gross Weight :     34960.000 Kgs. | | |

| FREIGHT & CHARGES        Cargo shall not be delivered unless Freight  &  Charges are paid(see Clause 16) | | | | | |
|---|---|---|---|---|---|
| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT | |
| Ocean Freight | 2 | USD  11,630.00 | | USD     23,060.00 | |
| Security Manifest Documentati | 1 | USD       25.00 | | USD          25.00 | |
| Carrier Security Fee | 2 | USD       11.00 | | USD          22.00 | |
| Wharfage | 42.0 | USD        3.25 | | USD        136.50 | |
| Seal Fee | 2 | USD        3.00 | | USD           6.00 | |
| LOW SULPHUR FUEL CHARGES | 2 | USD     100.00 | | USD        200.00 | |
| BUNKER RECOVERY COST S | 2 | USD     952.00 | | USD     1,904.00 | |
| Panama Canal Emergency Su | 2 | USD       30.00 | | USD          60.00 | |
| Declared Value : | | TOTAL FREIGHT & CHARGES | | USD     25,413.50 | |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number of quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO,   ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is nor a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and o authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid – see Clause 7.3) XXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier – see Clause 14.1) 2      cntrs | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| PLACE AND DATE OF ISSUE MSC CHILE Apr-05-2022 | SHIPPED ON BOARD Apr-02-2022 | |

| | | |
|---|---|---|
| | Sea Waybill Standard Edition - 02/2015 | TERMS CONTINUED ON REVERSE |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ SEGU9284946 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterrane an Shipping Company, S.A., Mediterrane an Shipping Company (USA) Inc., MSC Ship Manageme nt Ltd and vessel owners identified in complaint and vessels, in rem | MEDUD2416557 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| ✓ SZLU9487572 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterrane an Shipping Company, S.A., Mediterrane an Shipping Company (USA) Inc., MSC Ship Manageme nt Ltd and vessel owners identified in complaint and vessels, in rem | MEDUD2416680 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| ✓ MEDU9160682 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterrane an Shipping Company, S.A., Mediterrane an Shipping Company (USA) Inc., MSC Ship Manageme nt Ltd and vessel owners identified in complaint and vessels, in rem | MEDUD2416680 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |
| ✓ CXRU1570024 | MSC Carole, NX212R, transshipped to MSC Celine in Rodman/Colon, Panama | MSC Mediterrane an Shipping Company, S.A., Mediterrane an Shipping Company (USA) Inc., MSC Ship Manageme nt Ltd and vessel owners identified in complaint and vessels, in rem | MEDUD2421920 | 4/5/2022 | Valparaiso, Chile | Philadelphia, PA, delivery to Gloucester City, NJ | Arcotrading Ltda., General San Martin P. 24 1/2 San Vincente De Lo Arcaya Parcela, 10-H, Colina, Santiago, Chile | Seald Sweet International, 1991, 74th Ave., Vero Beach, FL 32966 | approx 5/5/22 | 1900 |

| MEDITERRANEAN SHIPPING COMPANY S.A. | SEA WAYBILL No. | MEDUD2421920 |
|---|---|---|
| **msc** 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland<br>website: www.msc.com     SCAC Code: MSCU | RIDER PAGE<br>Page 1 of 1 | |

CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE [see Clause 14]

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| CXRU1570024<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003354<br>FX18419017<br>Tare Weight: 4,530 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| TRIU8217736<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003351<br>FX18418838<br>Tare Weight: 4,750 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br>*imports@sealdsweet.com<br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 34,960.000 kgs. | 120.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br>Apr-05-2022 | SHIPPED ON BOARD<br><br>Apr-02-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition - 01/2015

# MEDITERRANEAN SHIPPING COMPANY S.A.

12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com

SCAC Code: MSCU

**SEA WAYBILL NO**

**NON-NEGOTIABLE COPY**

NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES
"Port-To-Port" or "Combined Transport"(see Clause 1)
0  Zero

| | |
|---|---|
| SHIPPER: ARCOTRADING LTDA. GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO ARCAYA, PARCELA 10-H - COLINA, SANTIAGO CHILE | FDNO:28445141 FAX:28608145 EMAIL:ARCOTRADING@ARCOTRADING.CL |

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCL/FCL

| | |
|---|---|
| CONSIGNEE: SEALD SWEET INTERNATIONAL 1991, 74TH AVENUE, VERO BEACH FL 32966, USA | CONTACTO:CALENE RUMAN PHONE:1-772-569 2344 FAX: 1-772-569 2797 EMAIL:CALENE@SEALDSWEET.COM" |

Lloyds/IMO Number: 9783445
SHIPPER LOAD AND COUNT, COUNT, CONTAINER SEALED BY THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS BY HIM EXPRESSLY DECLARED

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus 0.5 degree Celsius and 0 CBM/HR

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to comply will
[Continued in the Description section]

| | |
|---|---|
| NOTIFY PARTIES : (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20) ADVANCE CUSTOMS BROKERS & CONSULTING LLC 1400 N.W 79TH AVE. MIAMI, FLORIDA 33126 | PHONE:(786)476-0700 FAX:(786)476-0706 EMAIL:ACBOCEAN@ADVANCECUSTOMSBROKERS.COM |

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
8TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8592

| | | | |
|---|---|---|---|
| VESSEL AND VOYAGE NO (see Clause 8 & 9) MSC CAROLE - NX212R | PORT OF LOADING Valparaíso, Chile | | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) XXXXXXXXXXXXXXXXX |
| BOOKING REF.        (or)        SHIPPER'S REF. 07OISA1000090           XXXXXXXXXXXXXXX | PORT OF DISCHARGE Philadelphia, United States | | PLACE OF DELIVERY: (Combined Transport ONLY - see Clause 1 & 5.2) Gloucester City, NJ, United States - Door |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements - result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for shippers accounts. **Please see attached RIDER for Container / Cargo Description(s).** 2 x 40' HIGH CUBE REEFER      Total Items :        3800      Total Gross Weight :   34960.000 Kgs. | | |

FREIGHT & CHARGES    Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | RATE | | PREPAID | | COLLECT | |
|---|---|---|---|---|---|---|---|
| Ocean Freight | 2 | USD | 11,530.00 | | USD | 23,060.00 | |
| Security Manifest Documentati | 1 | USD | 25.00 | | USD | 25.00 | |
| Carrier Security Fee | 2 | USD | 11.00 | | USD | 22.00 | |
| Wharfage | 42.0 | USD | 3.35 | | USD | 136.50 | |
| Seal Fee | 2 | USD | 4.00 | | USD | 8.00 | |
| LOW SULPHUR FUEL CONTRI | 2 | USD | 100.00 | | USD | 200.00 | |
| BUNKER RECOVERY COST B | 2 | USD | 982.00 | | USD | 1,964.00 | |
| Panama Canal Emergency Bu | 2 | USD | 30.00 | | USD | 60.00 | |
| Declared Value : | TOTAL FREIGHT & CHARGES | | | | | USD | 25,413.50 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO,   ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| | | |
|---|---|---|
| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) XXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) 2      cntrs | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
| PLACE AND DATE OF ISSUE MSC CHILE Apr-05-2022 | SHIPPED ON BOARD Apr-02-2022 | |

Sea Waybill Standard Edition - 02/2015                    TERMS CONTINUED ON REVERSE  J



**MEDITERRANEAN SHIPPING COMPANY S.A.**
12-14, chemin Rieu – CH -1208 GENEVA, Switzerland
website: www.msc.com                     SCAC Code: MSCU

| SEA WAYBILL No. | MEDUD2421946 |
|---|---|
| RIDER PAGE | |
| Page 1 of 1 | |

CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE(see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider sease(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| CHIU9034100<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003355<br>FX16416703<br>Tare Weight: 4,640 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| TEMU9375657<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003356<br>FX18402344<br>Tare Weight: 4,630 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br>*imports@sealdsweet.com<br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 34,960.000 kgs. | 120.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br><br>Apr-05-2022 | SHIPPED ON BOARD<br><br><br>Apr-02-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|

Sea Waybill Standard Edition - 01/2015

**MSC** MEDITERRANEAN SHIPPING COMPANY S.A.
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com          SCAC Code: MSCU

SEA WAYBILL NO: MEDUDZ421079

NON-NEGOTIABLE COPY                "Port-To-Port' or 'Combined Transport'(see Clause 1)

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0  Zero |

SHIPPER:
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO
ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE

FONO:28448141
FAX:28608148
EMAIL:ARCOTRADING@ARCOTRADING.CL

CARRIER'S AGENTS ENDORSEMENTS:  (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCL/FCL

CONSIGNEE:
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA

CONTACTO:CALENE RUMAN
PHONE:1-772-569 2244
FAX: 1-772-569 2797
EMAIL:CALENE@SEALDSWEET.COM"

Lloyds/IMO Number: 9785445
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY
THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS
BY HIM EXPRESSLY DECLARED

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus
0.5 degrees Celsius and 0 CBM/HR

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to
comply will
[Continued in the Description section]

NOTIFY PARTIES : (No responsibility shall attach to Carrier or to his Agent for failure to notify - see
Clause 20)
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE. MIAMI,
FLORIDA 33126

PHONE:(786)476-0700
FAX:(786)476-0708
EMAIL:ACBOCEAN@ADVANCECUSTOMSBROKERS.COM

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
8TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8592

| VESSEL AND VOYAGE NO (see Clause 8 & 9) | | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|---|
| MSC CAROLE - NX212R | | Valparaiso, Chile | XXXXXXXXXXXXXXXX |
| BOOKING REF.        (or) | SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clause 1 & 5.2) |
| 070ISA1009090 | XXXXXXXXXXXXXX | Philadelphia, United States | Gloucester City, NJ, United States - Door |

PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 1)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider pages(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements | | |
| | result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for shippers accounts. | | |
| | **Please see attached RIDER for Container / Cargo Description(s).** | | |
| | 2 x 40' HIGH CUBE REEFER | | |
| | Total Items :            3800 | | |
| | Total Gross Weight :   34960.000  Kgs. | | |

FREIGHT & CHARGES     Cargo shall not be delivered unless Freight  & Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | RATE | | PREPAID | | COLLECT |
|---|---|---|---|---|---|---|
| Ocean Freight | 2 | USD | 11,630.00 | | USD | 23,060.00 |
| Security Manifest Documentati | 1 | USD | 25.00 | | USD | 25.00 |
| Carrier Security Fee | 2 | USD | 11.00 | | USD | 22.00 |
| Wharfage | 42.0 | USD | 3.25 | | USD | 136.50 |
| Seal Fee | 2 | USD | 3.00 | | USD | 6.00 |
| LOW SULPHUR FUEL CONTRI | 2 | USD | 100.00 | | USD | 200.00 |
| BUNKER RECOVERY COST 8 | 2 | USD | 952.00 | | USD | 1,904.00 |
| Panama Canal Emergency Su | 2 | USD | 30.00 | | USD | 60.00 |
| Declared Value : | TOTAL FREIGHT & CHARGES | | | | USD | 25,413.50 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition
unless otherwise stated herein the total number or quantity of containers or other
packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to
all the term hereof from the Place of Receipt or the Port of Loading, to the Port o
Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA
WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN
BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND
THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO,   ALL THE
TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE
INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND
CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL
SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be
made only to the Consignee or his authorized representatives. This Sea Waybill is not
a document of title to the Goods and delivery will made, after payment of any
outstanding Freight and charges, only on provision of proper proof of identity and o
authorization at the Port of Discharge or Place of Delivery, as appropriate, without the
need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea
Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| XXXXXXXXXXXXXXXX | 2  cntrs | |
| PLACE AND DATE OF ISSUE MSC CHILE Apr-05-2022 | SHIPPED ON BOARD Apr-02-2022 | |

Sea Waybill Standard Edition - 02/2015          TERMS CONTINUED  ON REVERSE  J

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A.<br>12-14, chemin Rieu - CH -1208 GENEVA, Switzerland<br>website: www.msc.com          SCAC Code: MSCU | **SEA WAYBILL No.**      **MEDUD2421979**<br>RIDER PAGE<br>Page 1 of 1 |

**CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE(see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| CRLU1179083<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003357<br>FX18416706<br>Tare Weight: 4,760 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| MEDU9632393<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003358<br>FX18419055<br>Tare Weight: 4,360 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br>*EMAIL:ACBOCEAN@ADVANCECUSTOMSBROKERS.COM<br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 34,960.000 kgs. | 120.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br>Apr-05-2022 | SHIPPED ON BOARD<br><br>Apr-02-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |

Sea Waybill Standard Edition - 01/2015

## MEDITERRANEAN SHIPPING COMPANY S.A.
12-14, chemin Rieu - CH -1208 GENEVA, Switzerland
website: www.msc.com
SCAC Code: MSCU

**SEA WAYBILL NO.:** MEDUP192421995
**NON-NEGOTIABLE COPY**
"Port-To-Port" or "Combined Transport"(see Clause 1)

| NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| | 0  Zero |

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED
FCL/FCL

**SHIPPER:**
ARCOTRADING LTDA.
GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO
ARCAYA, PARCELA
10-H - COLINA, SANTIAGO CHILE
FONO:26448141
FAX:28008145
EMAIL:ARCOTRADING@ARCOTRADING.CL

**CONSIGNEE:**
SEALD SWEET INTERNATIONAL
1991, 74TH AVENUE, VERO BEACH
FL 32966, USA
CONTACTO:CALENE RUMAN
PHONE:1-772-569 2244
FAX: 1-772-569 2797
EMAIL:CALENE@SEALDSWEET.COM

LloydsIMO Number: 9755445
SHIPPER LOAD AND COUNT, CONTAINER SEALED BY
THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS
BY HIM EXPRESSLY DECLARED

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus
0.5 degrees Celsius and 0 CBM/HR

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to
comply will
(Continued in the Description section)

**NOTIFY PARTIES:** (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20)
ADVANCE CUSTOMS BROKERS & CONSULTING LLC
1400 N.W 79TH AVE. MIAMI,
FLORIDA 33126
CONTACTO:
PHONE:(786)476-0700
FAX:(786)476-0700
EMAIL:ACBOCEAN@ADVANCECUSTOM
SBROKERS.COM

PORT OF DISCHARGE AGENT:
MEDITERRANEAN SHIPPING COMPANY (USA)
INC.420, 5TH AVENUE (AT 37TH STREET)
4TH FLOOR
New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8592

| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT : (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC CAROLE - NX212R | Valparaiso, Chile | XXXXXXXXXXXXXX |

| BOOKING REF. (or) SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| 070ISA1009090  XXXXXXXXXXXXXX | Philadelphia, United States | Gloucester City, NJ, United States - Door |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements | | |
| | result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for shippers account. | | |
| | **Please see attached RIDER for Container / Cargo Description(s).** | | |
| | 2 x 40' HIGH CUBE REEFER | | |
| | Total Items :          3800 | | |
| | Total Gross Weight :    34960.000 Kgs. | | |

**FREIGHT & CHARGES** Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16)

| FREIGHT & CHARGES | BASIS | | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| Ocean Freight | 2 | USD | 11,530.00 | USD | 23,060.00 |
| Security Manifest Documentati | 1 | USD | 25.00 | USD | 25.00 |
| Carrier Security Fee | 2 | USD | 11.00 | USD | 22.00 |
| Wharfage | 42.0 | USD | 3.25 | USD | 136.50 |
| Seal Fee | 2 | USD | 3.00 | USD | 6.00 |
| LOW SULPHUR FUEL CONTRI | 2 | USD | 100.00 | USD | 200.00 |
| BUNKER RECOVERY COST S | 2 | USD | 902.00 | USD | 1,804.00 |
| Panama Canal Emergency Su | 2 | USD | 30.00 | USD | 60.00 |
| **Declared Value** | **TOTAL FREIGHT & CHARGES** | | | USD | 25,413.50 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and o authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| XXXXXXXXXXXXXX | 2    cntrs | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD | |
|---|---|---|
| MSC CHILE  Apr-05-2022 | Apr-02-2022 | |

Sea Waybill Standard Edition - 02/2015       TERMS CONTINUED ON REVERSE  J



| MEDITERRANEAN SHIPPING COMPANY S.A. | SEA WAYBILL No. | MEDUD2421995 |
|---|---|---|
| 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland<br>website: www.msc.com | RIDER PAGE | |
| | SCAC Code: MSCU | |
| | Page 1 of 1 | |

**CONTINUATION PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| SEGU9041838<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>3359<br>FX18417996<br>Tare Weight: 4,690 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br><br><br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| TEMU9001467<br>40' HIGH CUBE REEFER<br><br>Seal Number:<br><br>0003361<br>FX18417874<br>Tare Weight: 4,710 kgs.<br>Marks and Numbers: SEALD<br>SWEET | 1900 Case(s) of<br><br>FRESH GRAPES ON 20 PALLETS<br><br>FREIGHT COLLECT<br><br>*imports@sealdsweet.com<br><br><br>Temperature: -0.5 C | 17,480.000 kgs. | 60.000 cu. m. |
| | Total : | 34,960.000 kgs. | 120.000 cu. m. |

| PLACE AND DATE OF ISSUE<br>MSC CHILE<br><br>Apr-05-2022 | SHIPPED ON BOARD<br><br><br>Apr-02-2022 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br>by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR<br>THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |

Sea Waybill Standard Edition - 01/2015

| **MSC** MEDITERRANEAN SHIPPING COMPANY S.A. | SEA WAYBILL NO. | MEDUD242Z027 |
|---|---|---|
| 12-14, chemin Rieu - CH -1208 GENEVA, Switzerland | NON-NEGOTIABLE COPY | "Port-To-Port" or "Combined Transport"(see Clause 1) |
| website: www.msc.com   SCAC Code: MSCU | NO.& SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
| | | 0 Zero |

| SHIPPER: | CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD) |
|---|---|
| ARCOTRADING LTDA. | SHIPPER'S LOAD, COUNT AND SEALED |
| GENERAL SAN MARTIN P.24 1/2 SAN VICENTE DE LO | FCL/FCL |
| ARCAYA, PARCELA | |
| 10-H - COLINA, SANTIAGO CHILE | |

FONO:28448141
FAX:28008148
EMAIL:ARCOTRADING@ARCOTRADI
NG.CL

| CONSIGNEE: | Lloyd's/IMO Number: 9795445 |
|---|---|
| SEALD SWEET INTERNATIONAL | SHIPPER LOAD AND COUNT, CONTAINER SEALED BY |
| 1991, 74TH AVENUE, VERO BEACH | THE SHIPPER WHICH IS SAID TO CONTAIN WHAT IS |
| FL 32966, USA | BY HIM EXPRESSLY DECLARED |

CONTACTO:CALENE RUMAN
PHONE:1-772-569 2244
FAX: 1-772-569 2787
EMAIL:CALENE@SEALDSWEET.COM*

Cargo is stowed in a refrigerated container set at the shipper's requested carrying temperature of minus 0.5 degrees Celsius and 0 CBM/HR

Shipper declares that any applicable wood packaging materials comply with ISPM15 regulations. Failure to
[Continued in the Description section]

| NOTIFY PARTIES : (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20) | PORT OF DISCHARGE AGENT: |
|---|---|
| ADVANCE CUSTOMS BROKERS & CONSULTING LLC | MEDITERRANEAN SHIPPING COMPANY (USA) |
| 1400 N.W 79TH AVE. MIAMI, | INC.420, 5TH AVENUE (AT 37TH STREET) |
| FLORIDA 33126 | 8TH FLOOR |

PHONE:(786)476-0700
FAX:(786)476-0705
EMAIL:ACBOCEAN@ADVANCECUSTOM
SBROKERS.COM

New York, NY 10018
Phone : 212 764 4800
Fax : 212 764 8692

| VESSEL AND VOYAGE NO (see Clause 8 & 9) | | PLACE OF RECEIPT : (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|
| MSC CAROLE - NX212R | | XXXXXXXXXXXXXXX |

| BOOKING REF. (or) | SHIPPER'S REF. | PORT OF LOADING | PLACE OF DELIVERY : (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|---|
| 070ISA1009090 | XXXXXXXXXXXXXX | Valparaiso, Chile | Gloucester City, NJ, United States - Door |
| | | PORT OF DISCHARGE | |
| | | Philadelphia, United States | |

PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | continued from Carrier's Agent Endorsements | | |
| | result in containers being returned to load port or cargo destroyed - all costs/fines/penalties will be for shippers accounts. | | |
| TEMU9393007 | 1900 Case(s) of | 17,480.000 kgs. | 60,000 cu. m. |
| 40' HIGH CUBE REEFER | | | |
| | FRESH GRAPES ON 20 PALLETS | | |
| Seal Number: | | | |
| | FREIGHT COLLECT. | | |
| 0003367 | | | |
| FX18416471 | *Imports@sealdsweet.com | | |
| Tare Weight: 4,630 kgs. | | | |
| Marks and Numbers: SEALD | | | |
| SWEET | Temperature: -0.5  C | | |
| | | | |
| | | Total : 17,480.000 kgs. | 60,000  cu. m. |
| | Total Items: 1900 | | |

| FREIGHT & CHARGES | Cargo shall not be delivered unless Freight  & Charges are paid(see Clause 16) | | | | |
|---|---|---|---|---|---|
| FREIGHT & CHARGES | BASIS | RATE | PREPAID | | COLLECT |
| Ocean Freight | 1 | USD  11,530.00 | | USD | 11,530.00 |
| Security Manifest Documentati | 1 | USD  25.00 | | USD | 25.00 |
| Carrier Security Fee | 1 | USD  11.00 | | USD | 11.00 |
| Wharfage | 21.0 | USD  3.25 | | USD | 68.25 |
| Seal Fee | 1 | USD  3.00 | | USD | 3.00 |
| LOW SULPHUR FUEL CONTRI | 1 | USD  100.00 | | USD | 100.00 |
| BUNKER RECOVERY COST S | 1 | USD  952.00 | | USD | 952.00 |
| Panama Canal Emergency Su | 1 | USD  30.00 | | USD | 30.00 |
| Declared Value : | TOTAL FREIGHT & CHARGES | | | USD | 12,719.25 |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representative. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by MSC MEDITERRANEAN SHIPPING CO. (Chile) S.A. AS AGENT, FOR THE CARRIER MSC MEDITERRANEAN SHIPPING COMPANY S.A |
|---|---|---|
| XXXXXXXXXXXXXXXXX | 1   cntr | |
| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD | |
| MSC CHILE | Apr-02-2022 | |
| Apr-05-2022 | | |

Sea Waybill Standard Edition - 02/2015          TERMS CONTINUED ON REVERSE  J